IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DEMICKES ANTONIO MILES,          :
aka DEMETRIES MILES,             :
                                 :
            Plaintiff,           :
                                 :
      v.                         :       No. 4:26-cv-00561-CDL-AGH
                                 :
COLUMBUS POLICE DEPT., *et al.*, :
                                 :
            Defendants.          :

_____

## DISMISSAL ORDER

*Pro se* Plaintiff Demickes Antonio Miles, aka Demetries Miles, while he was an inmate in the Muscogee County Jail in Columbus, Georgia, filed a complaint utilizing the Court's standard form for proceeding under 42 U.S.C § 1983.  ECF No. 1.  Plaintiff then filed a motion requesting habeas relief.  ECF No. 4.  On April 28, 2026, the Magistrate Judge conducted an initial review of Plaintiff's pleadings and correctly found that it was unclear whether Plaintiff intended for his lawsuit to be a federal habeas corpus action or whether he intended to pursue a civil rights complaint under 42 U.S.C § 1983.  *See* ECF No. 5.  Hence, Plaintiff was ordered to recast his complaint as either a civil rights complaint or as a habeas action and was provided instructions on how to do so.  *Id*. Plaintiff was further ordered to provide a certified account statement for the preceding six months in support of his motion to proceed *in forma pauperis*.  *Id*.  Plaintiff was given fourteen (14) days to comply with the Court's Order and was informed that failure to fully and timely comply with an Order of the Court could result in dismissal of this action.  *Id*.

Plaintiff did not respond.  Moreover, mail sent by the Court to the Plaintiff has been returned stating that he is no longer incarcerated in the Muscogee County Jail.  *See* ECF Nos. 6 and 7.  Plaintiff has failed to notify the Court of his current address.

Due to Plaintiff's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**.  *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

Due to the dismissal of this civil action, Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is **DENIED** as moot.

**SO ORDERED,** this 26th day of May, 2026.

S/Clay D. Land_____
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

2